```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-02063-MCE-GGH |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **FOR PUBLICATION** |
| v. | ) | |
| | ) | |
| APPROXIMATELY $15,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

   2.  Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

   3.  The defendant Approximately $15,000.00 in U.S. Currency

1  ("defendant currency") was seized in the city of Grass Valley, in
2  Nevada County, California.  The Drug Enforcement Administration
3  published notice of the non-judicial forfeiture of the defendant
4  currency on April 18, 25, and May 2, 2011, in *The Wall Street*
5  *Journal*.
6       4.   Plaintiff proposes that publication be made as follows:
7            a.   One publication;
8            b.   Thirty (30) consecutive days;
9            c.   On the official internet government forfeiture
10 site www.forfeiture.gov;
11           d.   The publication is to include the following:
12                (1)  The Court and case number of the action;
13                (2)  The date of the seizure/posting;
14                (3)  The identity and/or description of the
15 property seized/posted;
16                (4)  The name and address of the attorney for the
17 Plaintiff;
18                (5)  A statement that claims of persons entitled
19 to possession or claiming an interest pursuant to Supplemental
20 Rule G(5) must be filed with the Court and served on the attorney
21 for the Plaintiff no later than 60 days after the first day of
22 publication on the official internet government forfeiture site;
23 and
24                (6)  A statement that answers to the Complaint or
25 a motion under Rule 12 of the Federal Rules of Civil Procedure
26 ("Fed. R. Civ. P.") must be filed and served within 20 days after
27 ///
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 8/3/11                              BENJAMIN B. WAGNER
                                           United States Attorney


                                     By:   /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney




**ORDER**

     IT IS SO ORDERED.

Dated: August 8, 2011

                                            /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE