1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:11-CV-02063-MCE-GGH

12           Plaintiff,               FINAL JUDGMENT OF FORFEITURE

13      v.

14  APPROXIMATELY $15,000.00 IN
    U.S. CURRENCY,
15
             Defendant.
16

17  _____

18       Pursuant to the Stipulation for Final Judgment of

19  Forfeiture, the Court finds:

20       This is a civil forfeiture action against the Approximately

21  $15,000.00 in U.S. Currency (hereafter "defendant currency")

22  seized on or about January 13, 2011.

23       2.  A Verified Complaint for Forfeiture In Rem ("Complaint")

24  was filed on August 3, 2011, alleging that said defendant

25  currency is subject to forfeiture to the United States of America

26  pursuant to 21 U.S.C. § 881(a)(6).  ECF No. 1.

27  ///

28  ///

3.   On or about August 4, 2011, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on August 8, 2011.  ECF No. 6.

4.   Beginning on August 10, 2011, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on September 9, 2011.  ECF No. 8.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice was given to the following individuals:

        a.   Dameon Scott Graham

        b.   Sherri Hardwick

        c.   David Herbert Madsen, Jr.

6.   On September 11, 2011, Dameon Scott Graham filed a Verified Statement of Interest and an Answer claiming an interest in the defendant currency.  ECF Nos. 10-11.

7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Sherri Hardwick and David Herbert Madsen, Jr. on September 14, 2011.  ECF No. 12.  Pursuant to Local Rule 540, the United States requests that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Sherri Hardwick and David Herbert Madsen, Jr. without further notice.

Based on the above findings, and the files and records of this Court, it is hereby ORDERED AND ADJUDGED as follows:

///

///

1.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.   That judgment is hereby entered against claimant Dameon Scott Graham, and all other potential claimants who have not filed claims in this action.

3.   Upon entry of a Final Judgment of Forfeiture, $13,500.00 of the $15,000.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.   Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $1,500.00 of the $15,000.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant shall be returned to claimant Dameon Scott Graham through his attorney David Silber.

5.   Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant properties.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties to the stipulation waived the provisions of California Civil Code § 1542.

///

6.   Pursuant to the stipulation of the parties, no party substantially prevailed in this action within the meaning of 28 U.S.C. § 2465.

7.   Pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about August 3, 2011, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.   Each party shall bear its own costs and attorney's fees.

9.   The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed August 3, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure, or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE