1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        2:11-CV-02063-MCE-GGH

12          Plaintiff,              FINAL JUDGMENT OF FORFEITURE

13      v.

14 APPROXIMATELY $15,000.00 IN
   U.S. CURRENCY,
15
            Defendant.
16
   _____
17

18      Pursuant to the Stipulation for Final Judgment of

19 Forfeiture, the Court finds:

20      This is a civil forfeiture action against the Approximately

21 $15,000.00 in U.S. Currency (hereafter "defendant currency")

22 seized on or about January 13, 2011.

23      2.  A Verified Complaint for Forfeiture In Rem ("Complaint")

24 was filed on August 3, 2011, alleging that said defendant

25 currency is subject to forfeiture to the United States of America

26 pursuant to 21 U.S.C. § 881(a)(6).  ECF No. 1.

27 ///

28 ///

                           1              Final Judgment of Forfeiture

1     3.   On or about August 4, 2011, the Clerk issued a Warrant

2 for Arrest for the defendant currency, and that warrant was duly

3 executed on August 8, 2011.   ECF No. 6.

4     4.   Beginning on August 10, 2011, for at least 30

5 consecutive days, the United States published Notice of the

6 Forfeiture Action on the official internet government forfeiture

7 site www.forfeiture.gov.  A Declaration of Publication was filed

8 on September 9, 2011.   ECF No. 8.

9     5. In addition to the public notice on the official internet

10 government forfeiture site www.forfeiture.gov, actual notice was

11 given to the following individuals:

12          a.   Dameon Scott Graham

13          b.   Sherri Hardwick

14          c.   David Herbert Madsen, Jr.

15     6.   On September 11, 2011, Dameon Scott Graham filed a

16 Verified Statement of Interest and an Answer claiming an interest

17 in the defendant currency.   ECF Nos. 10-11.

18     7.   The Clerk of the Court entered a Clerk's Certificate of

19 Entry of Default against Sherri Hardwick and David Herbert

20 Madsen, Jr. on September 14, 2011.   ECF No. 12.  Pursuant to

21 Local Rule 540, the United States requests that as part of this

22 Final Judgment of Forfeiture the Court enter a default judgment

23 against the interest, if any, of Sherri Hardwick and David

24 Herbert Madsen, Jr. without further notice.

25     Based on the above findings, and the files and records of

26 this Court, it is hereby ORDERED AND ADJUDGED as follows:

27 ///

28 ///

1      1.   The Court adopts the Stipulation for Final Judgment of
2  Forfeiture entered into by and between the parties to this
3  action.

4      2.   That judgment is hereby entered against claimant Dameon
5  Scott Graham, and all other potential claimants who have not
6  filed claims in this action.

7      3.   Upon entry of a Final Judgment of Forfeiture, $13,500.00
8  of the $15,000.00 in U.S. Currency, together with any interest
9  that may have accrued on that amount, shall be forfeited to the
10 United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed
11 of according to law.

12     4.   Upon entry of a Final Judgment of Forfeiture herein, but
13 no later than 60 days thereafter, $1,500.00 of the $15,000.00 in
14 U.S. Currency, together with any interest that may have accrued
15 on that amount, shall be returned to claimant shall be returned
16 to claimant Dameon Scott Graham through his attorney David
17 Silber.

18     5.   Plaintiff United States of America and its servants,
19 agents, and employees and all other public entities, their
20 servants, agents, and employees, are released from any and all
21 liability arising out of or in any way connected with the
22 seizure, arrest, or forfeiture of the defendant properties.  This
23 is a full and final release applying to all unknown and
24 unanticipated injuries, and/or damages arising out of said
25 seizure, arrest, or forfeiture, as well as to those now known or
26 disclosed.  The parties to the stipulation waived the provisions
27 of California Civil Code § 1542.
28 ///

1    6.   Pursuant to the stipulation of the parties, no party

2  substantially prevailed in this action within the meaning of 28

3  U.S.C. § 2465.

4    7.   Pursuant to the stipulation of the parties, and the

5  allegations set forth in the Complaint filed on or about

6  August 3, 2011, the Court finds that there was reasonable cause

7  for the seizure and arrest of the defendant currency, and for the

8  commencement and prosecution of this forfeiture action, and a

9  Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465

10  shall be entered accordingly.

11    8.   Each party shall bear its own costs and attorney's fees.

12    9.   The Court shall maintain jurisdiction to enforce the

13  terms of this Final Judgment of Forfeiture.

14    IT IS SO ORDERED.

15

16                    CERTIFICATE OF REASONABLE CAUSE

17    Based upon the allegations set forth in the Complaint filed

18  August 3, 2011, and the Stipulation for Final Judgment of

19  Forfeiture filed herein, the Court enters this Certificate of

20  Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was

21  reasonable cause for seizure, or arrest of the defendant

22  currency, and for the commencement and prosecution of this

23  forfeiture action.

24   Dated: June 8, 2012

25

26

27                    MORRISON C. ENGLAND, JR.
                      UNITED STATES DISTRICT JUDGE
28